**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Attorney for the Standing Trustee**

|  |  |
|---|---|
| IN RE:<br>KENNETH WELCH<br>SONJA WELCH | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No.:  08-28110S<br><br>**NOTICE OF MOTION TO DISMISS PEITION** |
| SHMUEL KLEIN<br>113 CEDARHILL AVENUE<br>LAW OFFICE OF SHMUEL KLEIN PC<br>MAHWAH, NJ  07430 | HEARING DATE:  4/22/2009<br><br>**ORAL ARGUMENT REQUESTED** |

KENNETH WELCH
SONJA WELCH
PO BOX 1700
MONTAGUE, NJ  07827

    PLEASE TAKE NOTICE, that on 04/22/2009 at 9:00 am in the forenoon or as soon thereafter that counsel may be heard, the undersigned, as attorney for Marie-Ann Greenberg, Standing Trustee will move before Honorable Judge DONALD H. STECKROTH, at US Bankruptcy Court, 50 Walnut Street, Third Floor, B, Newark, NJ 07102, for an Order Dismissing the Debtor(s) Voluntary Petition for relief under Chapter 13 for failure to make timely payments.

    The undersigned will rely on the attached Certification in support of this motion plus an oral report updating the information on the return date of this motion.

                                                                      Marie-Ann Greenberg, Esquire
                                                                      Standing Chapter 13 Trustee

                                                       By:    /S/Marie-Ann Greenberg
                                                                   Marie-Ann Greenberg, Esquire

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Attorney for the Standing Trustee**

IN RE:

KENNETH WELCH
SONJA WELCH

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  08-28110S

**CERTIFICATION IN SUPPORT OF MOTION**

I, Jackie Michaels, being of full age certify that:

1. I am an administrator for Marie-Ann Greenberg, Standing Trustee, and am familiar with the  facts of this case.

2. The secured creditor has obtained an Order Vacating the Automatic Stay.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willingly false, that I am subject to punishment.

Dated:  March 31, 2009

By:  /S/  Jackie Michaels
       Jackie Michaels
       Administrator

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Attorney for the Standing Trustee**

|  |  |
|---|---|
| IN RE: | **UNITED STATES BANKRUPTCY COURT** |
|  | **DISTRICT OF NEW JERSEY** |
| KENNETH WELCH | |
| SONJA WELCH | Case No.:  08-28110S |

### CERTIFICATE OF SERVICE

On March 31, 2009, the undersigned served to SHMUEL KLEIN  and KENNETH WELCH and SONJA WELCH a copy of the within Notice of Motion.

Notice of Motion was served via US Mail or electronically via ECF.

Dated:  March 31, 2009

By:  /S/  Jackie Michaels
     Jackie Michaels
     Administrator