| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Attorney for the Standing Trustee | <br><br>Case No.:  08-28110<br><br>HEARING DATE:  04/22/2009 |
| IN RE:<br><br>    KENNETH WELCH<br>    SONJA WELCH | Judge:  DONALD H. STECKROTH |

### ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: 5/18/2009**

　　　　　　　　　　　　　　　　　　　　　　Honorable Donald H. Steckroth
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Debtor(s):   KENNETH WELCH
             SONJA WELCH

Case No.:  08-28110

Caption of Order:  Order Dismissing Petition

---

THIS MATTER having come before the Court on the Standing Chapter 13 Trustee's Motion for a Wage Execution and/or Dismissal of the Debtor(s)' Chapter 13 Petition on 04/22/2009, and the Court having been satisified that proper service and notice was effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Standing Chapter 13 Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order:  it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

*Approved by Judge Donald H. Steckroth May  18, 2009*